| | |
|---|---|
| THEODUS DAVIS, on behalf of himself and those similarly situated, | Case No. 3:16-cv-674 |
| *Plaintiff*, | Judge Travis R. McDonough |
| v. | Magistrate Judge H. Bruce Guyton |
| COLONIAL FREIGHT SYSTEMS, INC. et al., | |
| *Defendants*. | |

# ORDER

The parties notified the Court that they had reached a settlement on or before February 19, 2020. (Doc. 217.) Since then, the parties have filed six status reports requesting additional time to file their motion for preliminary settlement approval. (Docs. 218, 219, 220, 221, 222, 226.) In their most recent status report, the parties represented that they would file the motion on or before June 26, 2020. (Doc. 226.) That deadline has passed. The parties are hereby **ORDERED** to file a status report immediately.

SO ORDERED.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**