## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| THEODUS DAVIS, on behalf of himself and those similarly situated, | ) ) ) | Case No. 3:16-cv-674 |
| *Plaintiff*, | ) ) | Judge Travis R. McDonough |
| v. | ) ) | Magistrate Judge H. Bruce Guyton |
| COLONIAL FREIGHT SYSTEMS, INC. et al., | ) ) ) | |
| *Defendants*. | ) ) | |

## ORDER

The parties notified the Court that they had reached a settlement on or before February 19, 2020.  (Doc. 217.)  Since then, the parties have filed seven status reports in which they have set self-imposed deadlines by which to file their motion for preliminary settlement approval and/or requested additional time to do so.  (Docs. 218, 219, 220, 221, 222, 226, 228.)  In their most recent status report, Plaintiffs represented that they "expect[ed] to be able to file their motion" on or before July 3, 2020.  (Doc. 228.)  That date has passed, and the parties have filed nothing further with the Court.  The parties are hereby **ORDERED** to file their motion for preliminary settlement approval on or before July 9, 2020.  Failure to do so may result in appropriate sanctions.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

2